IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TED HAMILTON, ADC # 096375**                                                            **PLAINTIFF**

**v.**                              **CASE NO. 4:16CV00243 BSM**

**MELANIE JONES FOSTER**
**and RORY L. GRIFFIN**                                                       **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe and plaintiff Ted Hamilton's objections thereto have been reviewed. After carefully considering these documents and reviewing the record *de novo*, the PRD are hereby approved in all respects and defendant Rory Griffin is dismissed with prejudice. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 7th day of June 2016.

                                                                 /s/ Brian S. Miller
                                                            UNITED STATES DISTRICT JUDGE