IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TED HAMILTON, ADC # 096375**                                                           **PLAINTIFF**

**v.**                         **CASE NO. 4:16CV00243 BSM**

**MELANIE JONES FOSTER**                                                              **DEFENDANT**

## ORDER

The proposed findings and partial recommendations ("PRD") submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 24] and Ted Hamilton's objections thereto [Doc. No. 34] have been reviewed. After carefully considering these documents and reviewing the record *de novo*, the PRD are hereby approved in all respects and Hamilton's motion for partial summary judgment [Doc. No. 14] is denied.

IT IS SO ORDERED this 12th day of August 2016.

_____
UNITED STATES DISTRICT JUDGE